IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Henry Zeigerson | : |
| Plaintiff, | : |
| Vs. | : Docket No. 2:22-cv-1521 |
| Kean University. | : Hon. Esther Salas, U.S.D.J. |
| Defendant | : |

**STIPULATION OF SETTLEMENT WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)**

Plaintiff, Henry Zeigerson, by their undersigned counsel, and Defendant, Kean University, hereby stipulate to the dismissal of the above-captioned case, with prejudice, with each party to bear their own costs and attorneys' fees.

_____     August 24, 2022
Bradley R. Flynn, Esq.           DATED
Montgomery Law, LLC.
Attorneys for Plaintiffs


_____     August 25, 2022
Victor A. Afanador, Esq.         DATED
Lite, Depalma, Greenberg, and Afanador, LLC
Attorneys for Defendant