IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Henry Zeigerson : | |
| : | |
| Plaintiff, : | |
| : | |
| Vs. : | Docket No. 2:22-cv-1521 |
| : | |
| Kean University. : | Hon. Esther Salas, U.S.D.J. |
| Defendant : | |
| : | |

**STIPULATION OF SETTLEMENT WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)**

Plaintiff, Henry Zeigerson, by their undersigned counsel, and Defendant, Kean University, hereby stipulate to the dismissal of the above-captioned case, with prejudice, with each party to bear their own costs and attorneys' fees.

_____  
Bradley R. Flynn, Esq.  
Montgomery Law, LLC.  
Attorneys for Plaintiffs

_____  
DATED

_____  
Victor A. Afanador, Esq.  
Lite, Depalma, Greenberg, and Afanador, LLC  
Attorneys for Defendant

August 25, 2022  
DATED

**SO ORDERED.**

_____  
**Hon. Esther Salas, U.S.D.J.**  
**Dated:** August 26, 2022